HONORABLE JUDGE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>BRUNO MARTINEZ-RIOS,<br><br>            Defendant | Case No.: CR07-5201<br><br>**ORDER PERMITTING WITHDRAWAL OF COUNSEL AND REAPPOINTMENT OF COUNSEL BY CJA** |

**THIS MATTER**, having come before the Court upon Motion of defense counsel for Defendant, Bruno Martinez-Rios, to withdraw as counsel and for the appointment of new counsel, and the Court having considered the Declaration filed under seal of Steven J. Krupa, and the records and files herein.

**IT IS HEREBY ORDERED** that Steven J. Krupa of the Law Offices of Krupa and Clark, is permitted to withdraw as attorney of record for Defendant, Bruno Martinez-Rios, and the CJA Administration is ordered to find and appoint a substitute attorney in his place and stead.

DATED this 30th day of April, 2007.

_____/s/ Franklin D Burgess_____
FRANKLIN D. BURGESS
U.S. DISTRICT COURT JUDGE

PROPOSED ORDER ALLOWING WITHDRAWAL- 1

LAW OFFICES OF KRUPA & CLARK
1008 S. YAKIMA AVE., STE. 100
TACOMA, WA 98405
(253) 573-1000
FACSIMILE (253) 428-0330