THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO.  CR07–5201FDB |
| ) | |
| vs. ) | MOTION AND AGREED ORDER |
| ) | EXTENDING PRETRIAL |
| ) | MOTIONS CUTOFF DATE |
| ) | |
| BRUNO MARTINEZ-RIOS, ) | |
| ALFONSO IBANEZ-MARTINEZ, ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW the defendants, Bruno Marinez-Rios and Alfonso Ibanez-Martinez, by and through their attorneys, Charles A. Johnston and Ronald D. Ness for an Order extending their pretrial motions cutoff date, presently scheduled for June 19, 2007, as both counsel need more time to review the file and discovery. The government has no objection to this motion.

RESPECTFULLY SUBMITTED this 20th day of June, 2007.

/s/ RONALD D. NESS
State Bar Number 5299
Ronald D. Ness & Assoc.
420 Cline Ave.
Port Orchard, WA 98366
Telephone: (360) 895-2042
Fax: (360) 895-3602
E-Mail: info@nesslaw.com

AGREED ORDER CONTINUING
TRIAL DATE .. 1

## **AGREED ORDER**

THIS MATTER having come on before the above-entitled Court upon the motion of the defendant, Bruno Marinez-Rios and Alfonso Ibanez-Martinez, for an order allowing an extension of his pretrial motions cutoff date, presently set for June 19, 2007, to allow both counsel time to review file and discovery; and the Court being in all things fully advised; NOW THEREFORE, It Is Hereby

ORDERED that the pretrial motions cutoff date presently scheduled for June 19, 2007, is hereby stricken. The pretrial motions cutoff date is rescheduled to July 3, 2007.

DATED this 22nd day of June, 2007.

  /s/ Franklin D Burgess  \_

FRANKLIN D BURGESS

United States District Judge

Presented by:

/s/ RONALD D. NESS
State Bar Number 5299
Ronald D. Ness & Associates
420 Cline Ave.
Port Orchard, WA 98366
Telephone: (360) 895-2042

*Telephonically Approved: 6/19/07*
_____
CHARLES A. JOHNSTON, WSBA# 9058

AGREED ORDER CONTINUING
PRETRIAL MOTIONS CUTOFF DATE .. 2

*Telephonically Approved: 6/19/07*
_____
DOUGLAS J. HILL
Special Assistant United States Attorney